IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| YOSEF PAULOS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KRISTI NOEM, Secretary, DHS; )<br>TODD LYONS, Acting Director, ICE; )<br>C. CARTER, Warden, FCI Leavenworth; )<br>PAM BONDI, Attorney General; and )<br>BRADLEY MACNAIR, Deportation Officer, )<br>)<br>Respondents. )<br>)<br>_____) | Case No. 25-3266-JWL |

## **ORDER TO SHOW CAUSE**

Petitioner has filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **January 8, 2026**, why the writ should not be granted; and that petitioner is granted until **February 9, 2026**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 9th day of December, 2025, in Kansas City, Kansas.

                                                                /s/  John W. Lungstrum
                                                                Hon. John W. Lungstrum
                                                                United States District Judge